**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7929**

IBRAHIM ABDULLAH JABBAR,

       Plaintiff - Appellant,

    v.

C. T. WOODY, Sheriff; CAPTAIN ROBINSON, Medical Dept. Sup.; DR. FURMAN, Head Doctor, RCJ; DEPUTY HARRIS, Mailroom; NURSE FORD, Medical Dept. RCJ; SERGEANT JONES, Grievance Coordinator; LT. COL. BURNETT, Jail Operations; MAJOR ROBINSON, Medical Dept. Supervisor; CAPTAIN MCREA, Jail Operations RCJ; CHAPLAIN PRUITT, Under Sheriff, RCJ,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge. (1:09-cv-00246-TSE-TCB)

Submitted:  February 18, 2010    Decided:  February 25, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ibrahim Abdullah Jabbar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ibrahim Abdullah Jabbar seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint in part. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Jabbar seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Jabbar's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED